UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH FULKERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HELLS ANGELS ORGANIZATIONS & MOTORCYCLE CLUBS, et al.,<br><br>    Defendants. | Case No. 24-cv-04984-JD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING CASE** |

    Pro se plaintiff Heath Fulkerson initiated this suit, naming as defendants the Hells Angels Motorcycle Club, Bandidos Motorcycle Club, Mongols Motorcycle Club, Vagos Motorcycle Club, and the E Vitus Clampus Organizations. Dkt. No. 1. Fulkerson alleged ten legal claims, including witness tampering (18 U.S.C. § 1512), interference with criminal investigations (18 U.S.C. § 1510), and conspiracy to commit murder (18 U.S.C. § 1117). *Id.* Fulkerson's complaint included allegations that the defendants have "employed an illegal hacking tool into Mr. Fulkerson's sophisticated brain-computer interface system to perpetrate witness tampering, espionage crimes, assault, electronic stalking & intrusion of privacy." *Id.* ¶ 1.3.

    Because Fulkerson is proceeding in forma pauperis, Magistrate Judge Laurel Beeler conducted an initial screening of Fulkerson's complaint under 28 U.S.C. § 1915(e)(2)(B). Finding that "[t]he deficiency in the plaintiff's complaint is that he has not plausibly pleaded a claim," Judge Beeler gave Fulkerson until October 6, 2024, to "file a supplement to the complaint that addresses the deficiencies in" the screening order or to "file a one-page notice of voluntary dismissal." Dkt. No. 8. Fulkerson did neither.

    Judge Beeler consequently filed a report recommending that the case be dismissed because there are no viable claims. Dkt. No. 10. Fulkerson did not file a response to the report and recommendation, and the time for responding has passed. Dkt. No. 10 at 2; Fed. R. Civ. P. 72.

1   The Court has independently reviewed the record and adopts the report and
2   recommendation in full.  The case is dismissed pursuant to Federal Rules of Civil Procedure 8(a),
3   12(b)(6), and 41(b).
4   **IT IS SO ORDERED.**
5   Dated: May 22, 2025

JAMES DONATO
United States District Judge